## DECLARATION OF RABBI BARBARA ABRAHAMSON

I, Barbara Abrahamson, declare under penalty of perjury, based on personal knowledge, as follows:

1.      My name is Barbara Abrahamson.  I am a rabbi.  I served as an associate rabbi at Peninsula Temple Beth El in San Mateo, California and then as a co-senior rabbi at Mount Zion Temple in St. Paul, Minnesota.  I have worked with the Wexner Foundation for 25 years, joining in 2000, serving as the Director of Graduate Fellowship Program and Vice President, and finally assuming the role of President in 2011.

2.      The Wexner Foundation is an Ohio non-profit corporation with its principal place of business and its only office located at 8000 Walton Parkway, Suite 110, New Albany, Ohio 43054.

3.      The Wexner Foundation was formed on March 5, 1973 and since that time has become one of the preeminent Jewish leadership programs in the world.

4.      In particular, The Wexner Foundation has never had any interest, either direct or indirect, in the premises generally known as 9 East 71st Street, New York, NY  10021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2026.

Rabbi Barbara Abrahamson

1053-006:1081399

EXHIBIT

J