## DECLARATION OF LESLIE H. WEXNER

I, Leslie H. Wexner, declare under penalty of perjury, based on personal knowledge, as follows:

1.      My name is Leslie H. Wexner.   I am a resident of the State of Ohio and I reside at One Whitebarn Road in New Albany, Ohio.

2.      I have always maintained my residence in Ohio, and have resided at my current address since 1992.

3.      As an Ohio resident, I pay state of Ohio personal income taxes and hold an Ohio driver's license.  I have never held a New York driver's license or a license from any other state than the state of Ohio.

4.      Today I am retired.  However, my principal business address has always been Ohio. I was the Founder and CEO of LBrands, the holding company for brands such as The Limited, Bath & Body Works, Victoria's Secret, White Barn Candle, and other brands.  The LBrands corporate headquarters are located on Morse Road in Columbus Ohio.

5.      I did travel in conjunction with my employment.  In the fall of 1989, I purchased the property located at 9 East 71st Street in New York City (the "Property") through Nine East 71st Street Corporation, a New York corporation, (the "Corporation").

6.      At the time of the Property's purchase, I held 100% of the shares in the Corporation. I also was the sole Director and President of the Corporation.

7.      The Property underwent extensive renovations following its purchase.   The renovations were not completed until approximately 1992.

EXHIBIT

K

8.      Ultimately, I sparingly used this home when I was in New York for business.  Most of my trips to New York were day trips where I would begin and end my day at my home in Ohio. In addition to my Ohio residence, I also have had homes in a number of locations, including Florida, Colorado, Georgia and the United Kingdom.

9.      I married my wife on January 23, 1993.  She did not like the Property for various reasons, and thus we only used the Property for a brief time before vacating it in 1994.

10.     After we had our possessions removed from the Property, I never returned to the Property, including as a guest or visitor.  Again, typically when I would come for a meeting it would be a day trip, returning home to Ohio that evening.  When I did stay the evening in New York, I would stay in a hotel along with security personnel assigned by my company.

11.     Once we vacated the Property, we then rented the Property to Jeffrey Epstein.  On November 11, 1998, we ultimately sold all of my shares in the Corporation to NES LLC ("NES"), a New York limited liability company for $20 million with $10 million in cash to be paid at closing and $10 million paid to be pursuant to a note (which was paid in full by March 2000).

12.     Attached as Exhibit 1 are the closing statement and proof of payment.

13.     I have never had any interest in NES.  I did not serve in any corporate capacity for NES.

14.     From the sale of my interest in the Corporation on November 11, 1998 to present, I have had no interest, either direct or indirect, in the Property.

15.     Also, on November 11, 1998 I also resigned my positions as the sole Director and President of the Corporation.  From that point forward, I held no roles whatsoever and had no interest in the Corporation.  A true and accurate copy of my resignation is attached as Exhibit 2.

2

16.     The 1998 tax return was the last tax return I filed for the Corporation.  It reflected me as the owner of the Property until November 11, 1998 and then NES, LLC as the owner of the Property for the balance of the year.  A true and accurate copy of the 9 East 71st Street tax return is attached as Exhibit 3.

17.     Later, I purchased a condominium at 834 Fifth Avenue and in approximately 1999, we completed the renovations. When we visited New York we would stay at the condominium until January of 2011 when it was sold.

18.     I do not maintain an office, own a home, or hold any real property in the state of New York.  I have not owned property in New York since January 2011.

19.     I do not contract to supply goods or services in the state of New York.

20.     I do not personally solicit business from New York or derive substantial revenue from goods used or services rendered in the state.

21.     I am a very frequent traveler.  I travel extensively to and from Florida, Colorado, Ohio and overseas but am rarely in New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2026.

Leslie H. Wexner

1053-006:1081383

3

## SETTLEMENT STATEMENT

### NINE EAST 71ST STREET CORPORATION

SELLER:       LESLIE H. WEXNER

PURCHASER:    NES, LLC

DATE:         November 11, 1998

---

### SELLER'S STATEMENT

PURCHASE PRICE:                                    $20,000,000.00
    (Real Estate -- $19,332,500.00)
    (Personal Property -- $667,500.00)

ADDITIONS:
    Prorated 1998
    Real Estate Taxes[1]       $    12,028.24

TOTAL ADDITIONS:                          $    12,028.24

GROSS AMOUNT                           $20,012,028.24

DEDUCTIONS:

    Transfer Taxes        P.O.C.
    (New York State - $270,655.00)
    (New York City  - $275,513.13)

    Promissory Note        $10,000,000.00

TOTAL DEDUCTIONS:                    $10,000,000.00

NET DUE SELLER:                        **$10,012,028.24**

EXHIBIT

1

exhibitsticker.com



48079

**REMITTER**
JEFFREY EPSTEIN

PALM BEACH NATIONAL BANK
& TRUST COMPANY

63-864/670

November 09, 1998
**DATE**

*****LESLIE H. WEXNER*****
**PAY TO THE ORDER OF**

$ 10,000,000.00

**Ten Million Dollars and Zero Cents**

DOLLARS

THIS DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE, SIMULATED WATERMARK, AND CHLOROSTAIN-PAPER; ABSENCE OF THESE FEATURES WILL INDICATE A COPY

# CASHIER'S CHECK

⑈000480 79⑈

© DELUXE GOLDLINS

---

THIS DOCUMENT HAS A COLORED BACKGROUND, AN ULTRAVIOLET INK FEATURE, AND A SIMULATED WATERMARK ON THE BACK

**JEFFREY E. EPSTEIN**

PALM BEACH NATIONAL BANK & TRUST COMPANY
PALM BEACH, FLORIDA 33480

011757

63-864
———— 02
670

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 11/10/98 | 011757 | *****$12,028.24 |

TWELVE THOUSAND TWENTY-EIGHT AND 24/100 U.S. DOLLARS

LESLIE H. WEXNER

**PAY TO THE ORDER OF**

⑈011757⑈

LESLIE H. WEXNER LOAN TO NES, LLC
DATED 11/11/98 - DUE 12/31/99 @ 4.5%

A/C #
A/C #

| DATE | TRANS AMT | PRIN BAL | DUE DATE | DAYS | INT RATE | ACCD INT | |
|---|---|---|---|---|---|---|---|
| | | | 11-Nov-98 | | | | |
| 11-Nov-98 | 10,000,000.00 | 10,000,000.00 | 01-Jan-99 | 51.00 | 0.045 | 62,876.71 | PD 3/3/00 |
| 01-Jan-99 | | 10,000,000.00 | 01-Feb-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Feb-99 | | 10,000,000.00 | 01-Mar-99 | 28.00 | 0.045 | 34,520.55 | PD 3/3/00 |
| 01-Mar-99 | | 10,000,000.00 | 01-Apr-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Apr-99 | | 10,000,000.00 | 01-May-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-May-99 | | 10,000,000.00 | 01-Jun-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Jun-99 | | 10,000,000.00 | 01-Jul-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-Jul-99 | | 10,000,000.00 | 01-Aug-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Aug-99 | | 10,000,000.00 | 01-Sep-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Sep-99 | | 10,000,000.00 | 01-Oct-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-Oct-99 | | 10,000,000.00 | 01-Nov-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Nov-99 | | 10,000,000.00 | 01-Dec-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-Dec-99 | | 10,000,000.00 | 01-Jan-00 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Jan-00 | | 10,000,000.00 | 01-Feb-00 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Feb-00 | | 10,000,000.00 | 01-Mar-00 | 29.00 | 0.045 | 35,753.42 | PD 3/3/00 |
| 01-Mar-00 | | 10,000,000.00 | 03-Mar-00 | 2.00 | 0.045 | 2,465.75 | PD 3/3/00 |
| 03-Mar-00 | (10,000,000.00) | 0.00 | | | | | |

| TOTAL | PRIN | 10,000,000.00 PD 3/3/00 | 478.00 | 589,315.07 |
|---|---|---|---|---|
| | INT | 589,315.07 PD 3/3/00 | | |
| | TOTAL | 10,589,315.07 NOTE & INTEREST PAID OFF 3/3/00 | | |

November 11, 1998

Effective as of the date hereof, the undersigned, Leslie H. Wexner, does hereby resign as the sole director, as the President, and from all other offices of Nine East 71st Street Corporation, a New York corporation.

Leslie H. Wexner

EXHIBIT

2

**N Y C** NEW YORK CITY DEPARTMENT OF FINANCE

**4S** GENERAL CORPORATION TAX RETURN

FINANCE NEW • YORK

**1998**

▼ DO NOT WRITE IN THIS SPACE - FOR OFFICIAL USE ONLY ▼

For CALENDAR YEAR 1998 or FISCAL YEAR beginning _____ 1998 and ending _____

Amended return ......● ☐        Final return ......● ☐   Check box if the corporation has ceased operations.

Affix

Name: 13916869812225 31-1273054 200
NINE EAST 71ST STREET CORP
GEORGE DELSON & ASSOC

Address: 110 E 59TH ST
NEW YORK, NY 10022-1304

City and ....

Business Telephone Number: 614-939-6000

Date business began in NYC: 8-25-89

EMPLOYER IDENTIFICATION NUMBER

BUSINESS CODE NUMBER AS PER FEDERAL RETURN
●  5 3 1 3 9 0

IMPORTANT: Corporations licensed and/or regulated by the NYC Taxi and Limousine Commission use business code 9999 in lieu of federal code.

## SCHEDULE A  Computation of Tax
BEGIN WITH SCHEDULES B THROUGH E ON PAGE 2. TRANSFER APPLICABLE AMOUNTS TO SCHEDULE A.

**A. Payment** Pay amount shown on line 14 - Make check payable to: *NYC Department of Finance* ● | Payment Enclosed: 300

| | | | | | |
|---|---|---|---|---|---|
| 1. | Net income (from Schedule B, line 8) ● | 1. | 0 | X .0885 | 0 |
| 2a. | Total capital (from Schedule C, line 7) *(see instructions)* ● | 2a. | 0 | X .0015 | 0 |
| 2b. | Total capital - Cooperative Housing Corps. *(see instructions)* ● | 2b. | | X .0004 | 0 |
| 2c. | Cooperatives - enter: ● BORO | ● BLOCK | ● LOT | | |
| 3a. | Compensation of officers (from Schedule D, line 1) ● | 3a. | | | |
| 3b. | Alternative tax (applies to corporations including professional corporations) *(see instructions for worksheet)* ● | 3b. | | | 0 |
| 4. | Minimum tax - No reduction is permitted for a period of less than 12 months | 4. | | | 300 00 |
| 5. | Tax (line 1, 2a, 2b, 3b or 4, whichever is largest) ● | 5. | | | 300 |
| 6. | First installment of estimated tax for period following that covered by this return: | | | | |
| | (a) If application for extension has been filed, enter amount from line 2 of Form NYC-6 *(attach form)* ● | 6a. | | | |
| | (b) If application for extension has **not** been filed and line 5 exceeds $1,000, enter 25% of line 5 *(see instructions)* ● | 6b. | | | |
| 7. | Total before prepayments (add lines 5 and 6a or 6b) ● | 7. | | | 0 |
| 8. | Prepayments (from Prepayments Schedule, line E) *(see instructions)* ● | 8. | | | 300 |
| 9. | Balance due (line 7 less line 8) ● | 9. | | | |
| 10. | Overpayment (line 8 less line 7) ● | 10. | | | |
| 11. | Amount of line 10 to be: (a) Refunded ● | 11a. | | | |
| | (b) Credited to 1999 estimated tax ● | 11b. | | | |
| 12a. | Interest *(see instructions)* | 12a. | | | |
| 12b. | Additional charges *(see instructions)* | 12b. | | | |
| 12c. | Penalty for underpayment of estimated tax *(attach Form NYC-222)* ● | 12c. | | | |
| 13. | Total of lines 12a, 12b and 12c ● | 13. | | | |
| 14. | **TOTAL REMITTANCE DUE** (line 9 plus line 13) Enter payment amount on line A above ● | 14. | | | 300 |
| 15. | NYC rent deducted on federal return *(see instructions)* THIS LINE MUST BE COMPLETED. ● | 15. | 0 | | |
| 16. | Federal return filed: ● ☐ 1120 | ● ☐ 1120-A | ● ☒ 1120S | ● ☐ 1120F | |
| 17. | Gross receipts or sales from federal return ● | 17. | | | 0 |
| 18. | Total assets from federal return ● | 18. | | | 0 |

### CERTIFICATION OF AN ELECTED OFFICER OF THE CORPORATION
*I hereby certify that this return, including any accompanying rider, is, to the best of my knowledge and belief, true, correct and complete.*

SIGN HERE → Signature of officer _____ | Title _____ | Date _____ | Preparer's Social Security Number

PREPARER'S USE ONLY → Preparer's signature _____ | Check if self-employed ✔ ☐ | Date _____ | Firm's Employer Identification Number

N.A. Property Inc., PO Box 688, New Albany, Ohio 43054

▲ Firm's name (or yours, if self-employed) | ▲ Address | ▲ Zip Code ●

Attach copy of all pages of your federal tax return or pro forma federal tax return.

Make remittance payable to the order of: NYC DEPARTMENT OF FINANCE. Payment must be made in U.S. dollars, drawn on a U.S. bank.

**ATTACH REMITTANCE TO THIS PAGE ONLY**

To receive prope... Employer Identi... remittance.

**EXHIBIT 3**

Form NYC-4S - 1998   NAME Nine East 71st Street Corporation   EIN [REDACTED]   Page 2

## SCHEDULE B Computation of NYC Taxable Net Income

| | | | |
|---|---|---|---|
| 1. | Federal taxable income before net operating loss deduction and special deductions *(see instructions)* | 1. | ( 625 ) |
| 2. | Interest on federal, state, municipal and other obligations not included in line 1 | 2. | 0 |
| 3a. | NYS Franchise Tax and other state taxes, including MTA surcharge, deducted on federal return *(see instr.)* | 3a. | 325 |
| 3b. | NYC General Corporation Tax deducted on federal return *(see instructions)* | 3b. | 300 |
| 4. | ACRS depreciation and/or adjustment *(attach Form NYC-399) (see instructions)* | 4. | |
| 5. | Total (sum of lines 1 through 4) | 5. | 0 |
| 6a. | New York City net operating loss deduction *(see instructions)* 6a. | | |
| 6b. | Depreciation and/or adjustment calculated under pre-ACRS rules *(attach Form NYC-399) (see instructions)* 6b. | | |
| 6c. | New York City and State tax refunds included in Schedule B, line 1 *(see instructions)* 6c. | | |
| 7. | Total (sum of lines 6a through 6c) | 7. | 0 |
| 8. | Taxable net income (line 5 less line 7) (enter on page 1, Schedule A, line 1) *(see instructions)* | 8. | 0 |

S CORPORATIONS
see instructions
for line 1

## SCHEDULE C Total Capital

Basis used to determine average value in column C. **Check one. (Attach detailed schedule)**

☒ - Annually   ☐ - Semi-annually   ☐ - Quarterly
☐ - Monthly   ☐ - Weekly   ☐ - Daily

| | | COLUMN A Beginning of Year | COLUMN B End of Year | COLUMN C Average Value |
|---|---|---|---|---|
| 1. | Total assets from federal return 1. | 0 | 0 | 0 |
| 2. | Real property and marketable securities included in line 1 2. | | | |
| 3. | Subtract line 2 from line 1 3. | 0 | 0 | 0 |
| 4. | Real property and marketable securities at **fair market value** 4. | | | |
| 5. | Adjusted total assets (add lines 3 and 4) 5. | 0 | 0 | 0 |
| 6. | Total liabilities *(see instructions)* 6. | | | |
| 7. | Total capital (column C, line 5 less column C, line 6) (enter on page 1, Schedule A, line 2a or 2b) 7. | | | 0 |

## SCHEDULE D Officers (appointed or elected) and Certain Stockholders

Include all officers, whether or not receiving any compensation, and every stockholder owning in excess of 5% of taxpayer's issued capital stock who received any compensation, including commissions.

| Name and Address - Give actual residence (Attach rider if necessary) | Social Security Number | Official Title | Salary & All Other Compensation Received from Corporation (If none, write "none") |
|---|---|---|---|
| Jeffrey Epstein,358 EL Brillo Way    Palm Beach, Fl 33480 | [REDACTED] | President | 0 |
| Darren Indyke, 457 Madison Ave.,NY,NY 10022 | [REDACTED] | Secretary | 0 |

| | | | |
|---|---|---|---|
| 1. | Total, including any amount on rider (enter on page 1, Schedule A, line 3a) | 1. | 0 |

## SCHEDULE E The following information must be entered for this return to be complete.

1. New York City principal business activity    agent/nominee
2. Does the corporation have an interest in real property located in New York City? ... YES ☐ NO ☒
3. If "YES": (a) Attach a schedule of such property, including street address, borough, block and lot number.
   (b) Was a controlling economic interest in this corporation *(i.e., 50% or more of stock ownership)* transferred during the tax year?.... YES ☐ NO ☒
4. Does the corporation have one or more qualified subchapter s subsidiaries? ... YES ☐ NO ☒
   (a) If "YES": Are all items of income, gain, loss, deduction and capital of each QSSS included in this report?... YES ☐ NO ☐
   i) If "NO", attach a schedule showing the name, address and EIN, if any, of each QSSS NOT included in this report and indicate whether the QSSS filed or was required to file a City business income tax return.

| PREPAYMENTS CLAIMED ON SCHEDULE A, LINE 8 | DATE | AMOUNT | TEN DIGIT TRANSACTION ID CODE |
|---|---|---|---|
| A. Mandatory first installment paid with preceding year's tax .... Payment with declaration, Form NYC-400 (1) | | | |
| B. Payment of estimated tax, Form NYC-B100 (2) Form NYC-B100 (3) | | | |
| C. Payment with extension, Form NYC-6 | | | |
| D. Carryover credit from preceding year | | | |
| E. **TOTAL** of A, B, C and D (enter on Schedule A, line 8) | | | |

NYC-4S - 1998

| MAILING → INSTRUCTIONS | RETURNS WITH REMITTANCES NYC DEPARTMENT OF FINANCE BOX 3900 CHURCH STREET STATION NEW YORK, NY 10008-3900 | RETURNS CLAIMING REFUNDS NYC DEPARTMENT OF FINANCE BOX 1117 WALL STREET STATION NEW YORK, NY 10268-1117 | ALL OTHER RETURNS NYC DEPARTMENT OF FINANCE BOX 1130 WALL STREET STATION NEW YORK, NY 10268-1130 |
|---|---|---|---|

RECYCLED

The due date for the calendar year 1998 return is on or before March 15. 1999. For fiscal years beginning in 1998, file within 2 1/2 months after the close of fiscal year.

Department of the Treasury Internal Revenue Service

Form **1120S**

# U.S. Income Tax Return for an S Corporation **1998**

OMB No. 1545-0130 | IRS use only — Do not write or staple in this space.

► Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.
► See separate instructions.

For calendar year 1998, or tax year beginning ____, 1998, ending ____, 19 ____

| | | | |
|---|---|---|---|
| **A** Effective date of Election as an S Corporation **08/25/89** | Use IRS label. Other- wise please print or type. | Name **Nine East 71st Street Corporation** | **C** Employer Identification Number ▮▮▮▮ |
| **B** New Business Code No. (see instructions) **531390** | | Number, Street, and Room or Suite No. (If a P.O. box, see instructions) **C/O George V. Delson Associates, 110 E.59th St.** | **D** Date Incorporated **08/25/89** |
| | | City or Town **New York**   State **NY**   ZIP Code **10022** | **E** Total Assets (see instructions) **$ 0.** |

**F** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Change in address **(4)** ☐ Amended return

**G** Enter number of shareholders in the corporation at end of the tax year ................................................ ► 1

**Caution:** *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

**INCOME**

| | | | | |
|---|---|---|---|---|
| **1a** | Gross receipts or sales .. | 0. **b** Less returns and allowances .. | **c** Bal ► **1c** | 0. |
| **2** | Cost of goods sold (Schedule A, line 8) ........................ | | **2** | |
| **3** | Gross profit. Subtract line 2 from line 1c ........................ | | **3** | 0. |
| **4** | Net gain (loss) from Form 4797, Part II, line 18 *(attach Form 4797)* ...... | | **4** | |
| **5** | Other income (loss) *(attach schedule)* ........................ | | **5** | |
| **6** | **Total income (loss).** Combine lines 3 through 5 ............ ► | | **6** | 0. |

**DEDUCTIONS**

| | | | |
|---|---|---|---|
| **7** | Compensation of officers ........................ | **7** | |
| **8** | Salaries and wages (less employment credits) ........................ | **8** | |
| **9** | Repairs and maintenance ........................ | **9** | |
| **10** | Bad debts ........................ | **10** | |
| **11** | Rents ........................ | **11** | |
| **12** | Taxes and licenses ........................ | **12** | 625. |
| **13** | Interest ........................ | **13** | |
| **14a** | Depreciation *(if required, attach Form 4562)* ........... **14a** | | |
| **b** | Depreciation claimed on Schedule A and elsewhere on return ......... **14b** | | |
| **c** | Subtract line 14b from line 14a ........................ | **14c** | |
| **15** | Depletion **(Do not deduct oil and gas depletion.)** ........................ | **15** | |
| **16** | Advertising ........................ | **16** | |
| **17** | Pension, profit-sharing, etc, plans ........................ | **17** | |
| **18** | Employee benefit programs ........................ | **18** | |
| **19** | Other deductions *(attach schedule)* ........................ | **19** | |
| **20** | **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 ......... ► | **20** | 625. |
| **21** | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 ......... | **21** | -625. |

**TAX AND PAYMENTS**

| | | | | |
|---|---|---|---|---|
| **22** | **Tax:** **a** Excess net passive income tax *(att schedule)* ........... | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) ........... | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) ........... | | **22c** | 0. |
| **23** | **Payments: a** 1998 estimated tax payments and amount applied from 1997 return ........... | **23a** | | |
| | **b** Tax deposited with Form 7004 ........... | **23b** | | |
| | **c** Credit for federal tax paid on fuels *(attach Form 4136)* ........... | **23c** | | |
| | **d** Add lines 23a through 23c ........................ | | **23d** | |
| **24** | Estimated tax penalty. Check if Form 2220 is attached ........................ ► ☐ | | **24** | |
| **25** | **Tax due.** If the total of lines 22c & 24 is larger than line 23d, enter amount owed. See instrs for depository method of payment .... ► | | **25** | 0. |
| **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ........... ► | | **26** | |
| **27** | Enter amount of line 26 you want: **Credited to 1999 estimated tax** .. ►            Refunded ► | | **27** | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____   _____   ► _____
Signature of Officer        Date        Title

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's Signature ► | Date | Check if self-employed .. ► | Preparer's Social Security Number ▮▮▮▮ |
| Firm's Name (or yours if self-employed) and Address ► **N.A. Property Inc.** **5906 E. Dublin-Granville Rd.** **New Albany**   **OH** | | EIN ► ▮▮▮▮   ZIP Code ► **43054** | |

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120S** (1998)

SPSA0112  11/25/98

Form **1120S** (1998)  Nine East 71st Street Corporation                                     Page **2**

| **Schedule A** | **Cost of Goods Sold** *(see instructions)* | | | |
|---|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional Section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

**9a** Check all methods used for valuing closing inventory:

   **(i)** ☐ Cost as described in Regulations Section 1.471-3

   **(ii)** ☐ Lower of cost or market as described in Regulations Section 1.471-4

   **(iii)** ☐ Other (specify method used and attach explanation) ► _____

  **b** Check if there was a writedown of 'subnormal' goods as described in Regulations Section 1.471-2(c) .......... ► ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* .......... ► ☐

  **d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO .......... | **9d** |

  **e** Do the rules of Section 263A (for property produced or acquired for resale) apply to the corporation? .......... ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation .......... ☐ Yes ☒ No

| **Schedule B** | **Other Information** | **Yes** | **No** |
|---|---|---|---|
| 1 | Check method of accounting: **(a)** ☒ Cash **(b)** ☐ Accrual **(c)** ☐ Other (specify) ► _____ | | |
| 2 | Refer to the list in the instructions and state the corporation's principal: **(a)** Business activity► real estate _____ **(b)** Product or service . ► nominee _____ | | |
| 3 | Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see Section 267(c).) If 'Yes,' attach a schedule showing: **(a)** name, address, and employer identification number and **(b)** percentage owned | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of Section 1561? | | X |
| 5 | At any time during calendar year 1998, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See the instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| | If 'Yes,' enter the name of the foreign country ► _____ | | |
| 6 | During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the corporation may have to file Form 3520. See instructions | | X |
| 7 | Check this box if the corporation has filed or is required to file **Form 8264**, Application for Registration of a Tax Shelter ► ☐ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ► ☐ If so, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | If the corporation: **(a)** filed its election to be an S corporation after 1986, **(b)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation, and **(c)** has net unrealized built-in gain (defined in Section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ► $ _____ | | |
| 10 | Check this box if the corporation had accumulated earnings and profits at the close of the tax year (see instructions) . ► ☐ | | |

Form 1120S (1998)  Nine East 71st Street Corporation                        ▮  Page 3

| Schedule K | Shareholders' Shares of Income, Credits, Deductions, etc | | |
|---|---|---|---|
| | **(a)** Pro rata share items | | **(b)** Total amount |

| | | | |
|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities (page 1, line 21) | 1 | -625. |
| | 2  Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a Gross income from other rental activities ......... 3a | | |
| | b Expenses from other rental activities (attach schedule) ......... 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4  Portfolio income (loss): | | |
| | a Interest income | 4a | |
| | b Ordinary dividends | 4b | |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 4d | |
| | e Net long-term capital gain (loss) (attach Schedule D (Form 1120S)): | | |
| | (1) 28% rate gain (loss) ............ ► _ _ _ _ _ _ _ (2)Total for year ...... ► | 4 e (2) | |
| | f Other portfolio income (loss) (attach schedule) | 4f | |
| | 5  Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 5 | |
| | 6  Other income (loss) (attach schedule) | 6 | |
| **Deduc-tions** | 7  Charitable contributions (attach schedule) | 7 | |
| | 8  Section 179 expense deduction (attach Form 4562) | 8 | |
| | 9  Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10 Other deductions (attach schedule) | 10 | |
| **Invest-ment Interest** | 11a Interest expense on investment debts | 11a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 11b (1) | |
| | (2) Investment expenses included on line 9 above | 11b (2) | |
| **Credits** | 12a Credit for alcohol used as a fuel (attach Form 6478) | 12a | |
| | b Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12b (1) | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | 12b (2) | |
| | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12b (3) | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | 12b (4) | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12c | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e Credits related to other rental activities | 12e | |
| | 13 Other credits | 13 | |
| **Adjust-ments and Tax Prefer-ence Items** | 14a Depreciation adjustment on property placed in service after 1986 | 14a | |
| | b Adjusted gain or loss | 14b | |
| | c Depletion (other than oil and gas) | 14c | |
| | d (1)Gross income from oil, gas, or geothermal properties | 14d (1) | |
| | (2)Deductions allocable to oil, gas, or geothermal properties | 14d (2) | |
| | e Other adjustments and tax preference items (attach schedule) | 14e | |
| **Foreign Taxes** | 15a Type of income .... ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | b Name of foreign country or U.S. possession ., _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | c Total gross income from sources outside the United States (attach schedule) | 15c | |
| | d Total applicable deductions and losses (attach schedule) | 15d | |
| | e Total foreign taxes (check one): ► ☐ Paid        ☐ Accrued | 15e | |
| | f Reduction in taxes available for credit (attach schedule) | 15f | |
| | g Other foreign tax information (attach schedule) | 15g | |
| **Other** | 16 Section 59(e)(2) expenditures:  a Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ b Amount ► | 16b | |
| | 17 Tax-exempt interest income | 17 | |
| | 18 Other tax-exempt income | 18 | |
| | 19 Nondeductible expenses | 19 | |
| | 20 Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| | 21 Other items and amounts required to be reported separately to shareholders (attach schedule) | | |
| | 22 Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23 **Income (loss).** (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15e, and 16b | 23 | -625. |

BAA                                          SPSA0134  12/01/98

Form **1120S** (1998)   Nine East 71st Street Corporation                                                    Page **4**

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1  Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b  Less allowance for bad debts | | | | |
| 3  Inventories | | | | |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities | | | | |
| 6  Other current assets (attach schedule) | | | | |
| 7  Loans to shareholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b  Less accumulated depreciation | | | | |
| 11a Depletable assets | | | | |
| b  Less accumulated depletion | | | | |
| 12  Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b  Less accumulated amortization | | | | |
| 14  Other assets (attach schedule) | | | | |
| 15  Total assets | | 0. | | 0. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18  Other current liabilities (attach sch) | | | | |
| 19  Loans from shareholders | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21  Other liabilities (attach schedule) | | | | |
| 22  Capital stock | | 2,000. | | 2,000. |
| 23  Additional paid-in capital | | 51,875. | | 52,500. |
| 24  Retained earnings | | -53,875. | | -54,500. |
| 25  Adjustments to shareholders' equity (attach schedule) | | | | |
| 26  Less cost of treasury stock | | | | |
| 27  Total liabilities and shareholders' equity | | 0. | | 0. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books with Income (Loss) per Return (You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | |
|---|---|---|---|
| 1  Net income (loss) per books | | 5  Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
| 2  Income included on Sch K, lines 1 through 6, not recorded on books this year (itemize): | | a Tax-exempt interest . $ | |
| 3  Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15e, and 16b (itemize): | | 6  Deductions included on Schedule K, lines 1 through 11a, 15e, and 16b, not charged against book income this year (itemize): | |
| a Depreciation ....... $ | | a Depreciation .... $ | |
| b Travel and entertainment .... $ | | 7  Add lines 5 and 6 | |
| 4  Add lines 1 through 3 | | 8  Income (loss) (Schedule K, ln 23). Ln 4 less ln 7 | |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1  Balance at beginning of tax year | -1,875. | | |
| 2  Ordinary income from page 1, line 21 | | | |
| 3  Other additions | | | |
| 4  Loss from page 1, line 21 | 625. | | |
| 5  Other reductions | | | |
| 6  Combine lines 1 through 5 | -2,500. | | |
| 7  Distributions other than dividend distributions | | | |
| 8  Balance at end of tax year. Subtract line 7 from line 6 | -2,500. | | |

SPSA0134  12/01/98

**Schedule K-1**
(Form 1120S)

Department of the Treasury
Internal Revenue Service

**Shareholder's Share of Income, Credits, Deductions, etc**

▶ See separate instructions.
For calendar year 1998 or tax year
beginning 1-1-98 , 1998, and ending 11-11 , 19 98

OMB No. 1545-0130

**1998**

Shareholder's identifying number ▶ ████

Corporation's identifying number ▶ ████

Shareholder's Name, Address, and ZIP Code

Leslie H. Wexner
C/O George V. Delson Associates
110 E. 59th St.
New York , NY 10022

Corporation's Name, Address, and ZIP Code

Nine East 71st Street Corporation
C/OGeorge V. Delson Associates,110 E.59th St.
New York , NY 10022

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) .................... ▶ __ 86.30140 %

B  Internal Revenue Service Center where corporation filed its return .............. ▶ Cincinnati,Oh 45999 _____

C  Tax shelter registration number (see instructions for Schedule K-1) ............................ ▶ _____

D  Check applicable boxes:  (1) [X] Final K-1    (2) [ ] Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities ............. | 1 | -539. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities ................. | 2 | | |
| | 3 Net income (loss) from other rental activities........................ | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest ....................... | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends ......................... | 4b | | Schedule B, Part II, line 5 |
| | c Royalties ......................... | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) ................... | 4d | | Schedule D, line 5, col (f) |
| | e Net long-term capital gain (loss) | | | |
| | (1) 28% rate gain (loss) ............................. | e(1) | | Schedule D, line 12, col (g) |
| | (2) Total for year ........................ | e(2) | | Schedule D, line 12, col (f) |
| | f Other portfolio income (loss) (attach schedule)...................... | 4f | | (Enter on applicable line of return.) |
| | 5 Net Section 1231 gain (loss) (other than due to casualty or theft)........................ | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) (attach schedule) .............................. | 6 | | (Enter on applicable line of return.) |
| Deductions | 7 Charitable contributions (attach schedule) ......................... | 7 | | Schedule A, line 15 or 16 |
| | 8 Section 179 expense deduction ......................... | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) (attach schedule) ...... | 9 | | |
| | 10 Other deductions (attach schedule)............................... | 10 | | |
| Investment Interest | 11a Interest expense on investment debts ......................... | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above ... | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above .................. | b(2) | | |
| Credits | 12a Credit for alcohol used as fuel ................................. | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships for property placed in service before 1990 ............................... | b(1) | | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 ......................... | b(2) | | Form 8586, line 5 |
| | (3) From Section 42(j)(5) partnerships for property placed in service after 1989 ......................... | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 ......................... | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities ......................... | 12c | | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities ......................... | 12d | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e Credits related to other rental activities ......................... | 12e | | |
| | 13 Other credits ......................... | 13 | | |

BAA  For Paperwork Reduction Act Notice, see the instructions for Form 1120S.

Schedule K-1 (Form 1120S) 1998

SPSA0412  12/01/98

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Credits, Deductions, etc

► See separate instructions.
For calendar year 1998 or tax year
beginning 11-11 , 1998, and ending 12-31 , 19 98

OMB No. 1545-0130

**1998**

Shareholder's identifying number ► [redacted]

Corporation's identifying number ► [redacted]

Shareholder's Name, Address, and ZIP Code

Jeffrey Epstein (NES,LLC)
358 El Brillo Way
Palm Beach, FL 33480

Corporation's Name, Address, and ZIP Code

Nine East 71st Street Corporation
C/OGeorge V. Delson Associates,110 E.59th St.
New York , NY 10022

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) .................... ► 13.69860 %
B  Internal Revenue Service Center where corporation filed its return .............. ► Cincinnati,Oh 45999 _ _ _ _ _ _ _ _ _ _ _ _ _ _ .
C  Tax shelter registration number (see instructions for Schedule K-1) ................................... ► _ _ _ _ _ _ _ _ _ _ _ _ _ _
D  Check applicable boxes:  (1) ☐ Final K-1   (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities ............... | 1 | -86. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities .................... | 2 | | |
| | 3  Net income (loss) from other rental activities........................ | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a Interest ......................................................... | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends .............................................. | 4b | | Schedule B, Part II, line 5 |
| | c Royalties ....................................................... | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) ................................ | 4d | | Schedule D, line 5, col (f) |
| | e Net long-term capital gain (loss) | | | |
| | (1) 28% rate gain (loss) ....................................... | e(1) | | Schedule D, line 12, col (g) |
| | (2) Total for year ............................................. | e(2) | | Schedule D, line 12, col (f) |
| | f Other portfolio income (loss) (attach schedule)...................... | 4f | | (Enter on applicable line of return.) |
| | 5  Net Section 1231 gain (loss) (other than due to casualty or theft)......... | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6  Other income (loss) (attach schedule) ............................ | 6 | | (Enter on applicable line of return.) |
| **Deductions** | 7  Charitable contributions (attach schedule) .......................... | 7 | | Schedule A, line 15 or 16 |
| | 8  Section 179 expense deduction ................................... | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) (attach schedule) ....... | 9 | | |
| | 10  Other deductions (attach schedule)............................... | 10 | | |
| **Investment Interest** | 11a Interest expense on investment debts .......................... | 11a | | Form 4952, line 1 |
| | b (1)  Investment income included on lines 4a, 4b, 4c, and 4f above ... | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2)  Investment expenses included on line 9 above .................. | b(2) | | |
| **Credits** | 12a Credit for alcohol used as fuel ................................. | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships for property placed in service before 1990 ....................................... | b(1) | | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 ................................................ | b(2) | | Form 8586, line 5 |
| | (3) From Section 42(j)(5) partnerships for property placed in service after 1989 ...................................... | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 .................................................. | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities ................................................. | 12c | | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities .............................. | 12d | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e Credits related to other rental activities ........................... | 12e | | |
| | 13  Other credits.................................................. | 13 | | |

**BAA  For Paperwork Reduction Act Notice, see the instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 1998

SPSA0412  12/01/98