An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

EXHIBIT L

## Entity Filing History

Return to Results Return to Search

Entity Details

**ENTITY NAME:** NINE EAST 71ST STREET CORPORATION
**DOS ID:** 1379614
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** INACTIVE
**DATE OF INITIAL DOS FILING:** 08/25/1989
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 08/25/1989
**INACTIVE DATE:** 05/14/2015
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 08/31/2015
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY NAME HISTORY **FILING HISTORY** MERGER HISTORY ASSUMED NAME HISTORY

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 05/14/2015 | 10 | CERTIFICATE OF DISSOLUTION | | 3 | 150514000465 |
| 10/10/2013 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE,SERVICE OF PROCESS | 1 | 131010002153 |
| 11/08/2011 | 32 | BIENNIAL STATEMENT | | 1 | 111108002598 |
| 08/13/2009 | 32 | BIENNIAL STATEMENT | PRINCIPAL EXECUTIVE OFFICE,SERVICE OF PROCESS | 1 | 090813003075 |
| 08/29/2007 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS | 1 | 070829002601 |
| 10/28/2005 | 32 | BIENNIAL STATEMENT | | 2 | 051028002765 |
| 09/02/2003 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS | 2 | 030902002740 |
| 08/30/2001 | 32 | BIENNIAL STATEMENT | | 2 | 010830002237 |
| 02/14/2000 | 45 | CERTIFICATE OF CHANGE | REGISTERED AGENT | 2 | 000214000204 |

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 09/02/1999 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE,SERVICE OF PROCESS | 2 | 990902002371 |
| 11/10/1998 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE | 2 | 981110002367 |
| 10/28/1993 | 32 | BIENNIAL STATEMENT | | 0 | 000056001539 |
| 05/27/1993 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE | 2 | 930527002545 |
| 08/25/1989 | 01 | CERTIFICATE OF INCORPORATION | | 3 | C048466-2 |

Rows per page: 15 1-14 of 14