EXHIBIT M

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2011122700736001004E0B2B

**RECORDING AND ENDORSEMENT COVER PAGE** **PAGE 1 OF 4**

**Document ID: 2011122700736001** Document Date: 12-23-2011 Preparation Date: 12-28-2011
Document Type: DEED
Document Page Count: 3

**PRESENTER:**
TITLEASSOCIATES - PICK-UP/ AGUSTIN
AS AGENT FOR STEWART TITLE
825 THIRD AVENUE - SSR-11-01-9136
NEW YORK, NY 10022
212-758-0050
jfeldman@titleassociates.com

**RETURN TO:**
ERIKA KELLERHALS, ESQ
9100 HAVENSIGHT, PORT OF SALE, SUITE 15/16
ST. THOMAS 00802
VIRGIN ISLANDS, US
340-779-2564

**PROPERTY DATA**

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1386 | 10 | Entire Lot | | 9 EAST 71ST STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN______ *or* Document ID________ *or* ______ Year____ Reel ___ Page ____ *or* File Number________

**PARTIES**

**GRANTOR/SELLER:**
NINE EAST 71ST STREET CORPORATION
301 EAST 66TH STREET, 10F
NEW YORK, NY 10065

**GRANTEE/BUYER:**
MAPLE, INC.
9100 HAVENSIGHT, PORT OF SALE, SUITE 15/16.
ST. THOMAS 00802
VIRGIN ISLANDS, US

**FEES AND TAXES**

**Mortgage**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 52.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 125.00 |
| NYC Real Property Transfer Tax: | $ | 0.00 |
| NYS Real Estate Transfer Tax: | $ | 0.00 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**




Recorded/Filed 01-10-2012 10:00
City Register File No.(CRFN):
**2012000008342**

*City Register Official Signature*

Block: 1386
Lot: 10
Address: 9 East 71st Street
New York, NY

**DEED**

THIS INDENTURE, made the 23RD day of December, 2011, between NINE EAST 71ST STREET CORPORATION, a New York corporation, with an address of 301 East 66th Street, 10F, New York, New York 10065, hereinafter referred to as the party of the first part, and MAPLE, INC., a U.S. Virgin Islands corporation with an address of 9100 Havensight Port of Sale Ste 15-16, St. Thomas, VI 00802, hereinafter referred to as the party of the second part,

**WITNESSETH:**

That the party of the first part, in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, and the successors and assigns of the party of the second part, forever:

ALL that certain plot, place or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 71st Street distant 225 feet easterly from the corner formed by the intersection of the easterly side of 5th Avenue with the northerly side of 71st Street; running

thence Easterly along the northerly side of 71st Street 50 feet;

thence Northerly and parallel with 5th Avenue 102 feet 2 inches to the center line of the block between 71st and 72nd Streets;

thence Westerly along the said center line and parallel with 71st Street 50 feet;

thence Southerly and parallel with 5th Avenue 102 feet 2 inches to the northerly side of 71st Street at the point or place of beginning.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, and the successors and assigns of the party of the second part, forever.

AND said party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatsoever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the second part will receive consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purposes of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement

before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" wherever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

WITNESSES

GRANTOR:
NINE EAST 71ST STREET CORPORATION

BY: JEFFREY E. EPSTEIN,
President

TERRITORY OF THE U.S. VIRGIN ISLANDS )
DIVISION OF ST. THOMAS/ ST. JOHN ) ss:

On the 23RD day of December in the year 2011, before me, the undersigned, a Notary Public, personally appeared Jeffrey E. Epstein, personally known to me or proved to me on the basis of satisfactory evidence to be the individual who subscribed to the within instrument, and acknowledged to me that he executed the same in his capacity as the President of Nine East 71st Street Corporation, a New York corporation (the "Corporation"), the Grantor therein, and that by his signature on the within instrument, the Corporation executed the within instrument.

Notary Public

Erika A. Kellerhals
NOTARY PUBLIC LNP 013-10
Commission Expires 05/02/2014
Territory of the U.S. Virgin Islands
SEAL

TERRITORY OF THE U.S. VIRGIN ISLANDS )
DIVISION OF ST. THOMAS/ ST. JOHN ) ss:

On the 23RD day of December in the year 2011, before me, the undersigned, a Notary Public, personally appeared GREG J. FERGUSON, personally known to me or proved to me on the basis of satisfactory evidence to be a subscribing witness to the within instrument, who being by me duly sworn, did depose and say that HE resides in the United States Virgin Islands; that HE knows Jeffrey E. Epstein to be the individual who executed the within instrument; that said subscribing witness was present and saw Jeffrey E. Epstein execute the same; and that said subscribing witness at the same time subscribed HIS name as a witness thereto.

Notary Public

Erika A. Kellerhals
NOTARY PUBLIC LNP 013-10
Commission Expires 05/02/2014
Territory of the U.S. Virgin Islands
SEAL

TERRITORY OF THE U.S. VIRGIN ISLANDS )
DIVISION OF ST. THOMAS/ ST. JOHN ) ss:

On the 23RD day of December in the year 2011, before me, the undersigned, a Notary Public, personally appeared BRETT GEARY, personally known to me or proved to me on the basis of satisfactory evidence to be a subscribing witness to the within instrument, who being by me duly sworn, did depose and say that SHE resides in the United States Virgin Islands; that SHE knows Jeffrey E. Epstein to be the individual who executed the within instrument; that said subscribing witness was present and saw Jeffrey E. Epstein execute the same; and that said subscribing witness at the same time subscribed HER name as a witness thereto.

Notary Public

Erika A. Kellerhals
NOTARY PUBLIC LNP 013-10
Commission Expires 05/02/2014
Territory of the U.S. Virgin Islands
SEAL

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2011122700736001004SC5AA

**SUPPORTING DOCUMENT COVER PAGE** **PAGE 1 OF 1**

**Document ID: 2011122700736001** Document Date: 12-23-2011 Preparation Date: 12-28-2011
Document Type: DEED

**ASSOCIATED TAX FORM ID: 2011122700132**

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |

# AFFIDAVIT OF COMPLIANCE WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

**State of New York** )
) **SS.:**
**County of** )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

9 EAST 71ST STREET, ______,
**Street Address** **Unit/Apt.**

MANHATTAN New York, 1386 10 (the "Premises");
**Borough** **Block** **Lot**

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| | |
|---|---|
| **Name of Grantor** (Type or Print) | **Name of Grantee** (Type or Print) |
| **Signature of Grantor** | **Signature of Grantee** |
| **Sworn to before me** this ______ date of ______ 20 ____ | **Sworn to before me** this ______ date of ______ 20 ____ |

See over

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**



2011122700132101

# AFFIDAVIT OF COMPLIANCE WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

**State of New York** )
) **SS.:**
**County of** )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

9 East 71st Street, XXXXXX,
Street Address — Unit/Apt.

Manhattan New York, 1386 10 (the "Premises");
Borough — Block — Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| | |
|---|---|
| Nine East 71st Street Corporation | Maple, Inc. |
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| Signature of Grantor | Signature of Grantee |
| Sworn to before me this 23RD date of December 2011 | Sworn to before me this 23RD date of December 2011 |
| SEAL<br>Erika A. Kellerhals<br>NOTARY PUBLIC LNP 013-10<br>Commission Expires 05/02/2014<br>Territory of the U.S. Virgin Islands | SEAL<br>Erika A. Kellerhals<br>NOTARY PUBLIC LNP 013-10<br>Commission Expires 05/02/2014<br>Territory of the U.S. Virgin Islands |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

**(1) Property receiving service: BOROUGH: MANHATTAN BLOCK: 1386 LOT: 10**

**(2) Property Address: 9 EAST 71ST STREET, NEW YORK, NY 10021**

**(3) *Owner's Name:* MAPLE, INC.**

**Additional Name:**

## Affirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.** Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: ______________________________ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS REV. 8/08

See over



2011122700132101

The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1) Property receiving service: BOROUGH: MANHATTAN BLOCK: 1386 LOT: 10

(2) Property Address: 9 EAST 71ST STREET, NEW YORK, NY 10021

(3) Owner's Name: MAPLE, INC.

Additional Name:

## Affirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: [signature] Date (mm/dd/yyyy) 12.27.11

Name and Title of Person Signing for Owner, if applicable: JEFFREY E. EPSTEIN, PRES.

BCS-7CRF-ACRIS REV. 8/08



2011122700132101

FOR CITY USE ONLY

C1. County Code | C2. Date Deed Recorded: Month / Day / Year DEC 28 2011

C3. Book | C4. Page

OR

C5. CRFN

CITY REGISTER

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK

STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

1. Property Location: 9 (STREET NUMBER) EAST 71ST STREET (STREET NAME) MANHATTAN (BOROUGH) 10021 (ZIP CODE)

2. Buyer Name: MAPLE, INC. (LAST NAME / COMPANY) (FIRST NAME)

(LAST NAME / COMPANY) (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) (LAST NAME / COMPANY) (FIRST NAME)

(STREET NUMBER AND STREET NAME) (CITY OR TOWN) (STATE) (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC

4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: (FRONT FEET) X (DEPTH) OR (ACRES)

Check the boxes below as they apply:

6. Ownership Type is Condominium ☐

7. New Construction on Vacant Land ☐

8. Seller Name: NINE EAST 71ST STREET CORPORATION (LAST NAME / COMPANY) (FIRST NAME)

(LAST NAME / COMPANY) (FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☑ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

## SALE INFORMATION

10. Sale Contract Date: 12 / 23 / 2011 (Month / Day / Year)

11. Date of Sale / Transfer: 12 / 23 / 2011 (Month / Day / Year)

12. Full Sale Price $ 0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:

- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below )
- F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☑ Other Unusual Factors Affecting Sale Price ( Specify Below )
- J ☐ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: A 5

16. Total Assessed Value (of all parcels in transfer): 1,294,387

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

MANHATTAN 1386 10

See ove

2011122700132201O4

CITY REGISTER

FOR CITY USE ONLY
C1. County Code | C2. Date Deed Recorded: DEC 28 2011 (Month / Day / Year)
C3. Book | C4. Page
OR
C5. CRFN

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

## RP - 5217NYC

### PROPERTY INFORMATION

1. Property Location: 9 (STREET NUMBER) EAST 71ST STREET (STREET NAME) MANHATTAN (BOROUGH) 10021 (ZIP CODE)

2. Buyer Name: MAPLE, INC. (LAST NAME / COMPANY) (FIRST NAME)
(LAST NAME / COMPANY) (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) (LAST NAME / COMPANY) (FIRST NAME)
(STREET NUMBER AND STREET NAME) (CITY OR TOWN) (STATE) (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: (FRONT FEET) X (DEPTH) OR (ACRES)

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: NINE EAST 71ST STREET CORPORATION (LAST NAME / COMPANY) (FIRST NAME)
(LAST NAME / COMPANY) (FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☑ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

### SALE INFORMATION

10. Sale Contract Date: 12 / 23 / 2011 (Month / Day / Year)

11. Date of Sale / Transfer: 12 / 23 / 2011 (Month / Day / Year)

12. Full Sale Price $ 0

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale:

14. Check one or more of these conditions as applicable to transfer:

- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☑ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☐ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: A 5

16. Total Assessed Value (of all parcels in transfer): 1,294,387

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

MANHATTAN 1386 10

201112270013220102

**CERTIFICATION**

***I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.***

**BUYER**

BUYER SIGNATURE | DATE

9100 HAVENSIGHT, PORT OF SALE, SUITE 15/16.

STREET NUMBER | STREET NAME (AFTER SALE)

ST. THOMAS | | 00802

CITY OR TOWN | STATE /PROVINCE | ZIP CODE /POSTAL CODE

COUNTRY VIRGIN ISLANDS, US

Serove

**BUYER'S ATTORNEY**

ERIKA KELLERHALS, ESQ

LAST NAME | FIRST NAME

340 | 779-2564

AREA CODE | TELEPHONE NUMBER

**SELLER**

SELLER SIGNATURE | DATE

**CERTIFICATION**

*I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.*

**BUYER**

BUYER SIGNATURE: [signature] DATE: 12/27/11

STREET NUMBER / STREET NAME (AFTER SALE): 9100 HAVENSIGHT, PORT OF SALE, SUITE 15/16.

CITY OR TOWN: ST. THOMAS

STATE /PROVINCE:

ZIP CODE /POSTAL CODE: 00802

COUNTRY: VIRGIN ISLANDS, US

**BUYER'S ATTORNEY**

LAST NAME: ERIKA KELLERHALS, ESQ

FIRST NAME:

AREA CODE: 340

TELEPHONE NUMBER: 779-2564

**SELLER**

SELLER SIGNATURE: [signature] DATE: 12/27/11

2011122700132201