**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MALGORZATA LESNIEWSKI, AUDRA CHRISTIANSEN, CARINE SILVA DE DEUS, RENATA NAVEGA, JONIKA OAKES, KIYANA OAKES, NAKEISHA WILLIAMS, ANDREA : STERLING, VIKTORIIA MAKHOVA, STACEY AULT, and JANE DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> LESLIE HERBERT WEXNER, NINE EAST 71ST STREET CORPORATION, and THE WEXNER FOUNDATION, <br><br> *Defendants*. | Case No. 1:26-cv-02613 (JGK) |

<u>**PLAINTIFFS' NOTICE OF MOTION TO REMAND PURSUANT TO 28 U.S.C § 1447(c)**</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law,

Declaration of Jordan K. Merson, Esq. and Exhibit, Plaintiffs hereby move this Court for an

Order granting Plaintiffs' motion to remand to New York State Court.

Date: April 27, 2026
    New York, New York

                                    **MERSON LAW, PLLC**

                          By: */s/ Jordan K. Merson, Esq.*
                             Jordan K. Merson, Esq.
                             Nathan E. Werksman, Esq.
                             Jennifer C. Plotkin, Esq.
                             Samuel A. Martin, Esq.
                             Noah M. Werksman, Esq.

*Attorneys for Plaintiffs*
950 Third Avenue, 18th Floor
New York, New York 10022
(212) 603-9100
jmerson@mersonlaw.com
jplotkin@mersonlaw.com