**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MALGORZATA LESNIEWSKI, AUDRA CHRISTIANSEN, CARINE SILVA DE DEUS, RENATA NAVEGA, JONIKA OAKES, KIYANA OAKES, NAKEISHA WILLIAMS, ANDREA : STERLING, VIKTORIIA MAKHOVA, STACEY AULT, and JANE DOE,<br><br>          *Plaintiffs*,<br><br>v.<br><br>LESLIE HERBERT WEXNER,<br>NINE EAST 71ST STREET CORPORATION,<br>and THE WEXNER FOUNDATION,<br><br>          *Defendants*. | Case No. 1:26-cv-02613 (JGK) |

**PLAINTIFFS' DECLARATION IN SUPPORT OF MOTION TO REMAND**

I, Jordan Merson, an attorney duly admitted to practice in the State of New York and in the United States District Court for the Southern District of New York, state as follows:

1. I am counsel for Plaintiffs, and attached hereto as Exhibit 1 is a true and correct copy of a recorded deed for the property located at 9 East 71st Street, New York, New York.

2. Among other things, the documents reflect a conveyance dated December 2011 from Nine East 71st Street Corporation to Maple, Inc.

3. I obtained this document from the United States Department of Justice's release of the Jeffrey Epstein documents. *See* U.S. Dep't of Justice, Epstein Files, https://www.justice.gov/epstein/files/DataSet%208/EFTA00030126.pdf (last accessed Apr. 27, 2026).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 27, 2026
    New York, New York

1

**MERSON LAW, PLLC**

By: */s/ Jordan K. Merson, Esq.*
    Jordan K. Merson, Esq.
    Nathan E. Werksman, Esq.
    Jennifer C. Plotkin, Esq.
    Samuel A. Martin, Esq.
    Noah M. Werksman, Esq.
    *Attorneys for Plaintiffs*
    950 Third Avenue, 18th Floor
    New York, New York 10022
    (212) 603-9100
    jmerson@mersonlaw.com
    jplotkin@mersonlaw.com

2