UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALGORATA LESNIEWSKI, ET AL.,

                Plaintiffs,          26-cv-2613 (JGK)

    - against -                ORDER

LESLIE HERBERT WEXNER, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed during today's telephone conference, the defendants shall respond to the plaintiffs' motion to remand by **May 21, 2026,** and the plaintiffs shall file any reply by **June 4, 2026.**

Defendant Nine East 71 Street Corporation may file a partial motion to dismiss by **May 21, 2026.** If such a motion is filed, the plaintiffs shall respond by **June 11, 2026,** and Defendant Nine East 71 Street Corporation shall file any reply by **June 25, 2026.**

The defendants' time to respond to the complaint is **stayed** pending a decision on the motion to remand, except with respect to any partial motion to dismiss filed by Defendant Nine East 71 Street Corporation. Following the Court's decision on the motion to remand, the parties shall request a conference.

SO ORDERED.
Dated:   New York, New York
         April 29, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge

2