**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MALGORZATA LESNIEWSKI, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LESLIE HERBERT WEXNER, et al., <br><br> *Defendants.* | Civil Action No. 1:26-cv-02613 (JGK) <br><br> [PROPOSED] **PROTECTIVE ORDER** |

JOHN KOELTL, U.S.D.J.

**WHEREAS** the parties have agreed, upon the request of Plaintiff Jane Doe, to a mechanism to provide her identity to Defendants in the above-captioned matter.  It is hereby:

**ORDERED** that any person subject to this Protective Order shall adhere to the following terms, upon pain of contempt:

1.    Upon entry of this Protective Order, Jane Doe, through her counsel, will provide her identity to the undersigned defense counsel.

2.    The following persons may receive notice of Jane Doe's identity: (a) Defendants; (b) counsel for Defendants; (c) persons regularly in the employ of counsel for Defendants who have a need to know Jane Doe's identity in the performance of their duties related to this action; (d) potential witnesses for this action, including expert witnesses, provided that such persons agree to and sign the attached undertaking (Non-Disclosure Agreement).  Counsel for Defendants shall maintain copies of all signed undertakings.

3.    Any person who learns of Jane Doe's identity pursuant to this Protective Order shall use that information only for purposes of this litigation and shall not disclose Jane

1

Doe's identity to anyone except persons identified in paragraph 2, absent Court order.

**SO STIPULATED AND AGREED.**

_____/s/ Jennifer C. Plotkin_____

*Counsel for Plaintiffs*

Dated: May 1, 2026

_____/s/ Bennet J. Moskowitz_____

*Counsel for Defendant Nine East 71st Street Corporation*

Dated: May 1, 2026

_____/s/ Daniel S. Ruzumna_____

*Counsel for Defendant Nine East 71st Street Corporation*

Dated: May 1, 2026

_____/s/ Marion H. Little_____

*Counsel for Defendants Leslie Herbert Wexner and The Wexner Foundation*

Dated: May 1, 2026

**SO ORDERED.**

_____

JOHN KOELTL, U.S.D.J.

Dated: ___5/1/26___

New York, New York

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MALGORZATA LESNIEWSKI, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LESLIE HERBERT WEXNER, ET AL.,<br><br>*Defendants.* | Civil Action No. 1:26-cv-02613 (JGK)<br><br>**NON-DISCLOSURE AGREEMENT** |

I, _____, acknowledge that I have read and understand the Protective Order in this action dated April 23, 2026.  I agree to comply with and to be bound by all the terms of this Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Protective Order to any person or entity except in strict compliance with the provisions of this Order.  By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.

Dated:_____          _____