**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MALGORZATA LESNIEWSKI, AUDRA CHRISTIANSEN, CARINE SILVA DE DEUS, RENATA NAVEGA, JONIKA OAKES, KIYANA OAKES, NAKEISHA WILLIAMS, ANDREA STERLING, VIKTORIIA MAKHOVA, STACEY AULT, and JANE DOE, <br><br><br> *Plaintiffs*, <br><br> v. <br><br> LESLIE HERBERT WEXNER, NINE EAST 71ST STREET CORPORATION, AND THE WEXNER FOUNDATION, <br><br> *Defendants*. | Case No. 1:26-cv-02613 (JGK) <br><br> ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANT NINE EAST 71ST STREET CORPORATION'S**
**MOTION TO DISMISS THE COMPLAINT AS TO IT AND**
**IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

PLEASE TAKE NOTICE that Defendant Nine East 71st Street Corporation ("Nine East") hereby moves before this Court to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Complaint of Malgorzata Lesniewski, Audra Christiansen, Carine Silva De Deus, Renata Navega, Jonika Oakes, Kiyana Oakes, Nakeisha Williams, Andrea Sterling, Viktoriia Makhova, Stacey Ault, and Jane Doe ("Plaintiffs") as to Nine East, and opposes Plaintiffs' motion remand pursuant to 28 U.S.C. § 1447(c). The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Nine East's Motion to Dismiss the Complaint

1

as to It and Opposition to Plaintiffs' Motion to Remand, as well as the accompanying Declaration of Daniel S. Ruzumna.

Dated:　May 21, 2026

Respectfully submitted,

*/s/ Daniel S. Ruzumna*
Daniel S. Ruzumna, Esq.
Amy N. Vegari, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10583
Telephone: (212) 336-2034
Facsimile: (212) 336-1205
Email: druzumna@pbwt.com
　　　　avegari@pbwt.com

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz, Esq.
Troutman Pepper Locke LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6087
Facsimile: (212) 704-6288
Email: bennet.moskowitz@troutman.com

*Counsel for Defendant Nine East 71st Street Corporation*

2