**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MALGORZATA LESNIEWSKI, AUDRA CHRISTIANSEN, CARINE SILVA DE DEUS, RENATA NAVEGA, JONIKA OAKES, KIYANA OAKES, NAKEISHA WILLIAMS, ANDREA STERLING, VIKTORIIA MAKHOVA, STACEY AULT, and JANE DOE, <br><br>                         *Plaintiffs,* <br><br>        v. <br><br> LESLIE HERBERT WEXNER, NINE EAST 71ST STREET CORPORATION, and THE WEXNER FOUNDATION, <br><br>                         *Defendants.* | Case No. 1:26-cv-02613 (JGK) |

**DECLARATION OF DANIEL S. RUZUMNA IN SUPPORT OF DEFENDANT NINE EAST 71ST STREET CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT AS TO IT AND <u>IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND</u>**

DANIEL S. RUZUMNA hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner of the law firm of Patterson Belknap Webb & Tyler LLP, and together with Troutman Pepper Locke LLP, I am counsel for Defendant Nine East 71st Street Corporation ("Nine East").  I submit this declaration in support of Nine East's Motion to Dismiss Plaintiffs' Complaint, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(b)(6), and in opposition to Plaintiffs' pending Motion to Remand, ECF Nos. 28, 28-1, 29, 30.   I submit this declaration to provide the Court with a true and correct copy of the exhibits referenced in the accompanying memorandum of law.

2.      Attached hereto as Exhibit 1 is a true and correct copy of The Wexner Foundation's Certificate of Continued Existence, dated September 4, 2018.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Nine East's Certificate of Dissolution, dated May 14, 2015.

Dated:  New York, New York
        May 21, 2026

_/s/ Daniel S. Ruzumna_____
Daniel S. Ruzumna

2