# Exhibit 1



| DATE | DOCUMENT ID | DESCRIPTION | | FILING | EXPED | CERT | COPY |
|------|-------------|-------------|---|--------|-------|------|------|
| 09/06/2018 | 201824802830 | NONPROFIT - CERTIFICATE OF CONTINUED EXISTENCE (CCE) | | 25.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

THE WEXNER FOUNDATION (CHARTER NO: 436405)
PEGGY W UGLAND
8000 WALTON PARKWAY SUITE
NEW ALBANY, OH 43054

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

**436405**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**THE WEXNER FOUNDATION**

and, that said business records show the filing and recording of:

Document(s)                                                     Document No(s):

**NONPROFIT - CERTIFICATE OF CONTINUED EXISTENCE**              **201824802830**
Effective Date: 09/04/2018



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 6th day of September, A.D. 2018.

*Jon Husted*

**Ohio Secretary of State**

Form 522 Prescribed by:

 

# JON HUSTED
### Ohio Secretary of State

For screen readers, follow instructions located at this path.

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910
*www.OhioSecretaryofState.gov*
*Busserv@OhioSecretaryofState.gov*

File online or for more information:
*www.OHBusinessCentral.com*

Mail this form to one of the following:
Regular Filing (non expedite)
  P.O. Box 788
  Columbus, OH 43216
Expedite Filing   (Two business day processing time.
  P.O. Box 1390    Requires an additional $100.00.)
  Columbus, OH 43216

2018 SEP -4 AM 10:03

# Statement of Continued Existence
## Filing Fee: $25
### Form Must Be Typed

**CHECK ONLY ONE (1) Box**

| (1) ☒ Statement of Continued Existence (163-CCE)<br>(Domestic Nonprofit Corporation) | (2) ☐ Verification of Foreign Nonprofit (173-CCE)<br>(Foreign Nonprofit Corporation) |
|---|---|

**By submitting this form the corporation is verifying with the secretary of state's office that it is still actively engaged in exercising its corporate privileges**

Name of Corporation   THE WEXNER FOUNDATION

Charter or License Number   436405

---

**Complete the information in this section if box (1) is checked**

Location of Principal Office   NEW ALBANY
City

FRANKLIN
County

Date of Incorporation   03/05/1973
Date

---

**Complete the information in this section if box (2) is checked**

Date of Qualification in Ohio
Date

Jurisdiction of Formation
Jurisdiction

Location of Office NOT in Ohio
Mailing Address

City   State   Zip Code

Location of Office IN Ohio
Mailing Address

City   Ohio State   Zip Code

**All Corporations must complete this section**

Current Statutory Agent's Name and Address

PEG UGLAND
Name of Agent

8000 WALTON PARKWAY, SUITE 100
Mailing Address

NEW ALBANY
City

Ohio
State

43054
Zip Code

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**

The statement must be signed by a director, officer, or three members in good standing.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

PEGGY W. UGLAND
Print Name

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

Form 522                    Page 3 of 4                    Last Revised: 10/01/2017