# Exhibit 2

**CT-07**

150514000 465

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231
www.dos.ny.gov

# CERTIFICATE OF DISSOLUTION
## OF
## NINE EAST 71ST STREET CORPORATION
### (Under Section 1003 of the Business Corporation Law)

---

**FIRST:**    The name of the corporation is Nine East 71st Street Corporation (the "Corporation")

**SECOND:**    The Certificate of Incorporation of the Corporation was filed with the Department of State on August 25, 1989.

**THIRD:**    The name and address of each officer and director of the Corporation are:

| Name | Title | Address |
|---|---|---|
| Jeffrey E. Epstein | President<br>Sole Director | 6100 Red Hook Quarter, B3<br>St. Thomas, USVI 00802 |
| Darren K. Indyke | Secretary | 575 Lexington Avenue, 4th FL<br>New York, NY 10022 |

**FOURTH:**    The dissolution of the Corporation was authorized by the unanimous written consent of the holders of all outstanding shares entitled to vote without a meeting.

**FIFTH:**    The Corporation elects to dissolve.

Executed on this 10 day of December, 2012.

_____
Darren K. Indyke
Secretary of Nine East
71st Street Corporation

150514000465



New York State Department of
**Taxation and Finance**
Office of Processing and Taxpayer Services
W A Harriman Campus
Albany NY 12227-0852

**Consent date:  4/29/2015**

Filed by:
NINE EAST 71ST STREET CORPORATION
CT CORPORATION SYSTEM
111 8TH AVE, 13FL
NEW YORK  NY  10011

# Consent to Dissolution of a Corporation

**New York State Department of Taxation and Finance - Corporation Tax**
**Albany NY 12227-0852**

**To the Secretary of State**

Name of corporation

**NINE EAST 71ST STREET CORPORATION**

Pursuant to provisions of the Business Corporation Law, Article 10, section 1004, the Commissioner of Taxation and Finance hereby consents to the dissolution of the above named corporation.

This consent is effective until 7/20/2015

The Certificate of Dissolution must be received and filed by the Department of State before this date.

By: _Edward Chazapanel_

For the Commissioner of Taxation and Finance

TR-960 (9/14)        2DA3 - 1070635   P0000050-01        See back for filing instructions

**CT-07**

150514000 465

# CERTIFICATE OF DISSOLUTION

## OF

## NINE EAST 71ST STREET CORPORATION
(Under Section 1003 of the Business Corporation Law)

Filed By:

Darren K. Indyke, Esq.
Darren K. Indyke, PLLC
575 Lexington Avenue, 4th Floor
New York, NY 10022

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED    MAY 14 2015
TAX $
RW.
New York

Cst Ref # 955018nmc

**DRAWDOWN**

RECEIVED
2015 MAY 14 PH 12: 06

490