

www.pbwt.com

May 21, 2026

Daniel Ruzumna
Direct: (212) 336-2034
druzumna@pbwt.com

**Via ECF**

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

> **Re:     Oral Argument Request Letter, _Lesniewski, et al. v. Wexner, et al._, No.
> 26-cv-2613 (JGK)**

Dear Judge Koeltl:

Pursuant to Item III.G of Your Honor's Individual Practices, Defendant Nine East 71st Corporation ("Nine East") requests oral argument following completion of the briefing on Nine East's pending Motion to Dismiss the Complaint as to It and in Opposition to Plaintiffs' Motion to Remand (ECF Nos. 35–37).

Nine East believes oral argument would be beneficial to address the complex issues presented by the Nine East's Motion and Plaintiffs' Motion to Remand and to clarify the parties' respective positions.

Thank you for your consideration of this request.

Respectfully submitted,

Daniel S. Ruzumna

cc: All counsel of record (via ECF)