# Merson Law, PLLC

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office



# Merson Law, PLLC

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

**PERSONAL AND CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

February 11, 2026

**Via Electronic Mail**
Mary Jo White (*via email* mjwhite@debevoise.com)
℅ Leslie "Les" Wexner
4500 Kitzmiller Rd.
New Albany, OH, 43054

**Re: Lawsuit vs. Leslie Wexner**

Dear Ms. White:

In an abundance of caution, as it appears that you have represented Leslie "Les" Wexner in related matters, we are serving you with this letter instead of him directly. However, if you are not representing him, or you do not want him to be served directly, please let us know immediately. If we do not hear from you, we will serve him directly.

My firm has been retained by approximately forty victims to file a lawsuit against Wexner due to his enabling Jeffrey Epstein's sexual abuse of him, which is actionable regardless of when it occurred under the recently passed Victims of Gender Motivated Violence Act, Intro 1297A.

As has been long publicized, Epstein would not have been sex trafficking hundreds of women, including our clients, without Wexner's money, house (where many of our clients were sexually abused), plane and support. Wexner's exposure here for forty women, with punitive damages, is simply enormous, even for him.

Before we file, we would like to discuss a number of preliminary matters with you or his counsel. Please contact us by February 19, 2026 or we will proceed without further notice.

I remind you of Wexner's obligations to preserve any and all materials pertinent to this matter, including, but not limited to, all documents and information concerning Mr. Epstein including but not limited to, any text messages, emails or other communications. It should be maintained so as to avoid spoliation of evidence claims, in addition to the numerous other claims. If you have not done so already, please take immediate steps to preserve any material related to this matter, whether in electronic or paper form, including immediately implementing the following:

**EXHIBIT**

**1**

- Hold in abeyance any existing document retention and/or destruction policies or practices, or any other actions that would result in the deletion of any material;
- Stop the automatic deletion of emails and other electronic date;
- Stop the recycling or reuse of computer backup tapes;
- Secure and preserve all recorded telephone conversations, text and email correspondence concerning these matters (including from Whatsapp and Telegram);
- Maintain all electronic data in reasonably accessible form, including ceasing any automatic archiving to backup tapes; and,
- Secure and preserve all computer or electronic hardware, including all hard drives, laptops, iPads, tablets, iPhones, materials on the cloud or any other similar equipment and devices.

Accordingly, if you have not done so already, please advise Wexner to take immediate steps to preserve hard drives and/or backup storage tapes for computers used including any laptop or home computer utilized, cellular telephones and any other device used by him to communicate or store documents concerning Mr. Epstein or any of his victims. We will be making requests to search all of his work and personal computers and other electronic devices for relevant discovery, including his cellular telephone, i-pad, etc.

Please contact me at (212) 603-9100 by close of business on February 19, 2026, or we will pursue all available legal remedies without further notice.

Very truly yours,
**MERSON LAW, PLLC**

__/s/Jordan Merson_____
Jordan K. Merson, Esq.
Jennifer C. Plotkin, Esq.
*Attorneys for Plaintiffs*
950 Third Avenue
New York, New York 10022
(212) 603-9100