STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MALGORZATA LESNIEWSKI, et al.          :

                              Plaintiffs,          :          Case No. 1:26-cv-02613

                                              :

v.                                              :          Judge John G. Koeltl

                                              :

LESLIE HERBERT WEXNER, et al.,          :

                              Defendants,          :

                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF MARION H. LITTLE, JR.

I, Marion Little, hereby declare:

1.      I am one of the attorneys representing Defendants Leslie Herbert Wexner and The Wexner Foundation (collectively, " Defendants") in the above-captioned action.

2.      Exhibit 1 attached to Defendants' Memorandum in Opposition to Plaintiffs' Motion to Remand is a true and accurate copy of a letter dated February 11, 2026, that I received from counsel representing the Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 21, 2026.

                                                                    _____

                                                                    Marion H. Little, Jr.

1053-006:1086570

EXHIBIT

2