UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MALGORZATA LESNIEWSKI, et al,

                        Plaintiff(s)

            -against-

LESLIE HERBERT WEXNER, et al,

                     Defendant(s).
------------------------------------------------------------------X

26 civ 2613 (JGK)

## ORDER

The conference scheduled for Tuesday, August 4, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

                                **JOHN G. KOELTL**
               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      July 28, 2026