

**Merson Law, PLLC**

950 Third Avenue, 18th Floor
New York, New York 10022
212-603-9100
Facsimile: 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

**Merson Law, PLLC**

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

July 29, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 14A
New York, NY 10007

*Re: Malgorzata Lesniewski et al v. Leslie Herbert Wexner et al*
*Case No.:* **1:26-cv-02613 (JGK)**

Dear Hon. Koeltl:

Plaintiffs' counsel just learned that Plaintiff Andrea Sterling is a "stateless" American citizen, who is domiciled and resides in Mexico. "An American citizen domiciled abroad, while being a citizen of the United States is, of course, not domiciled in a particular state, and therefore such a person is 'stateless' for purposes of diversity jurisdiction." *Swiger v. Allegheny Energy, Inc.*, 540 F.3d 179, 184 (3d Cir. 2008); *see also Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826 (1989) ("The problem in this case is that Bettison, although a United States citizen, has no domicile in any State. He is therefore 'stateless' for purposes of § 1332(a)(3)."). Because Ms. Sterling is stateless, this Court lacks subject matter jurisdiction under 28 U.S.C. § 1332(a). *See, e.g.*, *Herrick Co. v. SCS Commc'ns, Inc.*, 251 F.3d 315, 322 (2d Cir. 2001) ("[I]f Skadden has among its partners any U.S. citizens who are domiciled abroad, then Skadden and Herrick (which is a citizen of Florida) are non-diverse.").

Because the only potential source of federal subject matter jurisdiction in this case was diversity jurisdiction under 28 U.S.C. § 1332(a), this Court must remand this case. *See Lyndonville Sav. Bank & Tr. Co. v. Lussier*, 211 F.3d 697, 700 (2d Cir. 2000) ("[F]ailure of subject matter jurisdiction is not waivable and may be raised at any time by a party or by the court *sua sponte*. If subject matter jurisdiction is lacking, the action must be dismissed.").

Plaintiffs' counsel is gathering documents that establish Ms. Sterling's domicile and residence in Mexico and will promptly provide the Court with those documents under seal.

Thank you for the Court's attention to this matter.

Respectfully submitted,


*/s/ Jennifer Plotkin*
Jennifer C. Plotkin, Esq.
Attorneys for Plaintiffs
950 Third Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 603-9100
jplotkin@mersonlaw.com

2