UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALGORZATA LESNIEWSKI, ET AL.,

Plaintiffs,

- against -

LESLIE HERBERT WEXNER, ET AL.,

Defendants.

26-cv-2613 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to appear for a telephone conference on **Thursday, August 6, 2026, at 1:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
July 30, 2026

John G. Koeltl
United States District Judge