UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALGORZATA LESNIEWSKI, ET AL.,

Plaintiffs,

- against -

LESLIE HERBERT WEXNER, ET AL.,

Defendants.

26-cv-2613 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The plaintiffs may proceed with their motion for remand. The plaintiffs' motion must be filed by August 21, 2026. Each defendants' opposition must be filed by September 1, 2026. The plaintiffs' reply must be filed by September 11, 2026.

The Clerk of Court is respectfully directed to close ECF No. 47.

**SO ORDERED.**

Dated:     New York, New York
           August 10, 2026

_____
John G. Koeltl
United States District Judge