**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MALGORZATA LESNIEWSKI, AUDRA CHRISTIANSEN, CARINE SILVA DE DEUS, RENATA NAVEGA, JONIKA OAKES, KIYANA OAKES, NAKEISHA WILLIAMS, ANDREA STERLING, VIKTORIIA MAKHOVA, STACEY AULT, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE HERBERT WEXNER, NINE EAST 71ST STREET CORPORATION, and THE WEXNER FOUNDATION,<br><br>Defendants. | Case No. 1:26-cv-02613 (JGK) |

**[PROPOSED] ORDER ON MOTION TO UNSEAL**

Based on Defendant Nine East 71st Street Corporation ("Nine East")'s motion to unseal in part Exhibit 1 to Plaintiffs' August 7, 2026 letter, filed under seal at ECF No. 51, and good cause appearing, IT IS HEREBY ORDERED that Nine East's motion is GRANTED. The redacted Declaration of Andrea Sterling, attached as Exhibit 1, to Nine East's motion shall be unsealed.

SO ORDERED.

______________________________

The Honorable John G. Koetl