**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MALGORZATA LESNIEWSKI, AUDRA CHRISTIANSEN, CARINE SILVA DE DEUS, RENATA NAVEGA, JONIKA OAKES, KIYANA OAKES, NAKEISHA WILLIAMS, ANDREA STERLING, VIKTORIIA MAKHOVA, STACEY AULT, and JANE DOE,

*Plaintiffs*,

v.

LESLIE HERBERT WEXNER, NINE EAST 71ST STREET CORPORATION and THE WEXNER FOUNDATION

*Defendants*.

Case No.: 1:26-cv-02613 (JGK)

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)**

Plaintiffs hereby give notice under Federal Rule of Civil Procedure 41 to voluntarily dismiss the above-captioned action without prejudice. Defendants have neither served an answer nor a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A) ("the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

Date: August 31, 2026
New York, New York

**MERSON LAW, PLLC**

By: */s/ Jordan K. Merson, Esq.*
Jordan K. Merson, Esq.

Nathan E. Werksman, Esq.
Jennifer C. Plotkin, Esq.
Samuel A. Martin, Esq.
Noah M. Werksman, Esq.
*Attorneys for Plaintiffs*
950 Third Avenue, 18th Floor
New York, New York 10022
(212) 603-9100
jmerson@mersonlaw.com
jplotkin@mersonlaw.com
smartin@mersonlaw.com